# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4184

_____

MICHAEL STEVEN RATLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

July 16, 2019

PER CURIAM.

Michael Ratley appeals the trial court's order denying his Motion for DNA Testing filed pursuant to Florida Rule of Criminal Procedure 3.853. Appellant argues that the trial judge had previously disqualified himself from the underlying case and thus erred in ruling on Appellant's motion. We agree. Therefore, we vacate the order under review and remand this case to the trial court so a successor judge can rule on the motion. *See Davis v. State,* 849 So. 2d 1137, 1138 (Fla. 1st DCA 2003) ("Once a trial judge recuses himself from a given case, any subsequent orders he enters in that case are void and have no effect."); *Adderley v. State*, 224 So. 3d 776 (Fla. 5th DCA 2017).

VACATED and REMANDED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Michael Steven Ratley, pro se, Appellant.

Ashley Moody, Attorney General, and Thomas H. Duffy, Assistant Attorney General, Tallahassee, for Appellee.